UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-cr-00041-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAKEEM WILLIAMS | ORDER |

This matter is before the Court on the defendant's unopposed Oral Motion for Psychiatric Examination Pursuant to 18 U.S.C. § 4241, orally granted on July 25, 2022. Upon good cause shown, this motion is ALLOWED. It is hereby ORDERED that a psychiatric or psychological examination of the defendant be conducted pursuant to 18 U.S.C. 4247(b) in order to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Following the examination, a report shall be filed with the court and copies served on counsel for defendant and the United States Attorney as provided by 18 U.S.C. § 4247(c). The delay occasioned by the continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7). The court finds, after weighing all relevant factors, that the interests of justice are best served by granting this motion.

SO ORDERED.

This **27** day of July, 2022.

JAMES C. DEVER III
United States District Court Judge